*Sunbury.*

                    Bowman and another *against* Bear.

*Wednesday,*                    In Error.
June 11.

If on appeal          ERROR to the Common Pleas of *Columbia* county.
by the plaintiff
from the judg-
ment of a jus-    *Bear* sued *Bowman* and *Yost* before a justice of the peace.
tice of the
peaee on an       The case was submitted to referees, and an award made
award of re-
ferees in fav-    in favour of *Bowman* and *Yost* for 30 dollars.  *Bear* appeal-
our of the de-
fendant for a     ed to the Common Pleas, where the case was again arbitrat-
certain sum,      ed, and an award made in favour of *Bowman* and *Yost* for
the defendant
recover a less    25 dollars and sixty-seven cents.  The Court of Common
sum in the
Common           Pleas thereupon gave judgment in favour of *Bear* for the
Pleas, the
plaintiff is not  costs.
entitled to
costs.

          *Marr*, for the plaintiffs in error, contended, that the Court
below ought not to have compelled the defendants to pay the
costs.  There is no provision for costs when the plaintiff ap-
peals; and on the appeal there is still a judgment against
him, though for a less sum than was given by the justice. It
is hard the defendants should pay costs for the mistake of the
referees.

          *Greenough*, contra.  *Bear* was in the nature of a defend-
ant, after judgment had been given against him by the jus-
tice.  We are willing to pay the costs before the justice; but
we claim the costs on the appeal.

          THE COURT reversed the judgment as to that part which
gave costs to the plaintiff below, and affirmed it for the
residue.